## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:16CR272** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JOHN H. TODD,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the letter request of the Warden, FCI Englewood, Littleton, Colorado (FCI Englewood), for an extension in the evaluation period of John H. Todd (Todd) pursuant to this court's order of August 24, 2016, which committed Todd to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 14). The Warden represents that Todd arrived at FCI Englewood on October 4, 2016, and the Warden requests until November 18, 2016, in order to complete the evaluation and until December 2, 2016, to provide the report to the court. The request is granted.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** the Clerk shall transmit a copy of this order to:

> Deborah Denham, Warden
> FCI Englewood
> 9595 W. Quincy Avenue
> Littleton, CO 80123

DATED this 24th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge