**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                **Plaintiff,**<br><br>    vs.<br><br>JOHN H. TODD,<br><br>                **Defendant.** | 8:16CR272<br><br>ORDER |

This matter is before the Court on the Motion for Release from Detention, ECF No. 79, filed by Defendant John H. Todd. The Court finds the Motion should be granted.

Accordingly,

IT IS ORDERED:

1. On November 27, 2019, the United States Marshals Service shall release the Defendant from detention;

2. As a condition of release, Defendant shall report to Dismas Charities located at 420 Chambers Street in Sioux City, Iowa on November 27, 2019;

3. Defendant shall reside in the Dismas Charities residential program until probation determines he is eligible for discharge, for a maximum time period of 180 days;

4. Defendant shall prove his own transportation to Dismas Charities; and

5. Defendant is subject to all previously ordered conditions of supervised release.

Dated this 26th day of November, 2019.

                                                              BY THE COURT:

                                                              s/Laurie Smith Camp

                                                              Senior United States District Judge